E.D.N.Y.–Bklyn
12-cv-5852
Gleeson, J.
Bloom, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand thirteen.

Present:
>    Rosemary S. Pooler,
>    Richard C. Wesley,
>    Christopher F. Droney,
>        *Circuit Judges.*

Dawson Huber Coleman, Jr.,

>    *Plaintiff-Appellant*,

v.                                                          13-487

J.P. Morgan Chase Bank, *et al.*,

>    *Defendants-Appellees*.

Appellant, *pro se,* moves for leave to proceed *in forma pauperis* and the production of certain documents. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (defining when an action lacks an arguable basis in law or fact); *see also Int'l Bus. Machs. Corp. v. Edelstein*, 526 F.2d 37, 45 (2d Cir. 1975) (providing that an appellate court will consider the record made in the district court and generally will not expand the record).

>    FOR THE COURT:
>    Catherine O'Hagan Wolfe, Clerk

SAO-MAM